An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

PETER JASON HELFRICH,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 67425

**FILED**

APR 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
          DEPUTY CLERK

### ORDER DISMSSING APPEAL

This is an appeal from a district court order dismissing appellant's complaint for malpractice. Our review of the documents before this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears the district court has not yet entered a final written order, and the notice of appeal was prematurely filed. The district court held its hearing on February 11, 2015, at which time it dismissed the case. To date no written order appears to have been entered. Thus, this appeal is premature and we lack jurisdiction over the appeal at this time. *See* NRAP 4(a)(6) (providing that "[a] premature notice of appeal does not divest the district court of jurisdiction" and that this court "may dismiss as premature a notice of appeal filed after the oral pronouncement of a decision or order but before entry of the written judgment or order"); *Rust v. Clark Cnty. Sch. Dist.*, 103 Nev. 686, 688-89, 747 P.2d 1380, 1381-82 (1987) (explaining that oral rulings are ineffective for appeal purposes and that a written order or judgment must be filed before a district court ruling can be appealed).

SUPREME COURT
OF
NEVADA

(O) 1947A

15-12086

Appellant may file an appeal after an appealable, written order or judgment is filed. Because we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Chief Judge, The Fifth Judicial District Court
Hon. David R. Gamble, Senior Judge
Peter Jason Helfrich
Attorney General/Carson City
Nye County Clerk